IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNATHAN FRANKLIN,

     Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                    12-cv-779-bbc

ADA JOHN R. BURR,
CHIEF OF POLICE LT. DAVENPORT,
DET. REINSTRA, DET. RICKEY,
DET. MIKE MONTIE,
DET. LINDA DRAEGER and
CITY OF MADISON POLICE DEPARTMENT,

     Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants ADA John R. Burr, Chief of Police Lt. Davenport, Det. Reinstra, Det. Rickey, Det. Mike Montie, Det. Linda Draeger and City of Madison Police Department dismissing this case under Heck v. Humphrey, 512 U.S. 477 (1994).

By: _____        1-8-2013
    Peter Oppeneer, Clerk of Court              Date